UNANIMOUS CONSENT IN LIEU OF A SPECIAL
MEETING OF DIRECTORS OF
4CABLE TV INTERNATIONAL, INC.

The undersigned, being all of the directors of 4Cable TV International, Inc., a corporation of the State of Nevada (the "Corporation"), do hereby authorize and approve the actions set forth in the following resolutions without the formality of convening a meeting, and do hereby consent to the following actions of this Corporation, which actions are hereby deemed affective as of the date hereof:

**RESOLVED:** That the officers of this Corporation are authorized and directed to issue a $31,500.00 promissory note to Adar Bays, LLC, Florida limited liability company, which provides conversion features equal to 60% of the lowest trading price of the Corporation's Common Stock for the last 10 trading days prior to conversion, as well as 8% per annum interest and contain a 5% OID such that the purchase price of the Note is $30,000; and become due and payable on February 25, 2016; and

**RESOLVED FURTHER:** That the officers of this corporation are authorized and directed to execute transfer agent instructions with the Company's transfer agent to irrevocably reserve two million nine hundred sixteen thousand (2,916,000) shares of the Company's Common Stock with the transfer agent for the benefit of Adar Bays, LLC for conversion of the above aforementioned notes and

**RESOLVED FURTHER,** that each of the officers of the Corporation be, and they hereby are, authorized and empowered to execute and deliver such documents, instruments and papers and to take any and all other action as they or any of them may deem necessary or appropriate of the purpose of carrying out the intent of the foregoing resolutions and the transactions contemplated thereby; and that the authority of such officers to execute and deliver any such documents, instruments and papers and to take any such other action shall be conclusively evidenced by their execution and delivery thereof or their taking thereof.

The undersigned, by affixing their signatures hereto, do hereby consent to, authorize and approve the foregoing actions in their capacity as a majority of the directors of 4CABLE TV INTERNATIONAL, INC.

Dated: February 25, 2015

_____          _____
Ross DeMello INTERIM (Fo             Andrew F. Staniak