DISBURSEMENT AUTHORIZATION
(MEMORANDUM)

TO: ADAR BAYS, LLC.

FROM: 4CABLE TV INTERNATIONAL, INC.

DATE: February 25, 2015

RE: Disbursement of Funds

In connection with the funding of an aggregate of $30,000 pursuant to that certain Convertible Redeemable Note dated as of February 25, 2015 (the "Agreement"), you are hereby directed to disburse such funds as follows:

1. $1,500.00 to New Venture Attorneys, P.C. in accordance with the wires transfer instructions attached as Schedule A, hereto; and

2. $3,000.00 to Brighton Capital in accordance with the wires transfer instructions attached as Schedule B, hereto; and

3. $25,500.00 to 4Cable TV International, Inc., in accordance with the wire transfer instructions attached as Schedule C

Title: President

___
Company Initials

## EXHIBIT A
## NEW VENTURE ATTORNEYS
## WIRING INFORMATION

Please wire funds to:

Bank of America

Routing N ▮▮▮▮▮▮▮▮
Acct No.: ▮▮▮▮▮▮▮▮

Beneficiary:   New Venture Attorneys, PC, IOLTA account

Attorney info:  New Venture Attorneys, P.C.
                101 Church Street Suite # 22
                Los Gatos, CA 95030

*SKM*
Company Initials

EXHIBIT B

# BRIGHTON CAPITAL, LTD.
**1875 CENTURY PARK EAST**
**SUITE 700**
**LOS ANGELES, CA 90067**
**(310) 277-6095; FAX: (310) 277-6097**

## WIRE TRANSFER INSTRUCTIONS

Bank of America

Tarzana, California

Tel: (818) 712-6015

Account: Brighton Capital, Ltd.

Account Num████████

ABA Number ████████

Int'l Swift Code ████████



Company Initials

**EXHIBIT C**
**[WIRING INFO FOR ISSUER]**

4Cable TV Inc

BB&T Bank
PO Box 160818
Boiling Springs SC 29316

Routing  █████████
Account  █████████

SKR
Company Initials