# CHASE

February 28, 2015 through March 31, 2015
Account Number: **000000569667095**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/23 | Card Purchase   03/20 Sunbiz.Org / FL. Fili 850-245-6939 FL Card 3212 | $143.75 |
| **Total ATM & Debit Card Withdrawals** | | **$143.75** |

## ATM & DEBIT CARD SUMMARY

Sarah Eisenberg Card 3212

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $143.75 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $143.75 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10 | 03/10 Online Wire Transfer Via: BB&T SC/053201607 A/C: 4Cable Tv International Inc Conway SC 29526 US Ref: 31.5K Convertible Redeembale Note Dated 02-25-15 Imad: 0310B1Qgc02C005490 Trn: 4075000069Es | 25,500.00 |
| 03/10 | 03/10 Online Wire Transfer Via: Bank of America, N.A./0959 A/C: Torner Tal-New Venture Attorney Campbell CA 95008 US Ref: Cavt 31.5K Note Dated 02-25-15 Ssn: 0377669 Trn: 4075300069Es | 1,500.00 |
| 03/10 | 03/10 Online Wire Transfer Via: Bank of America, N.A./0959 A/C: Brighton Captial Ltd Los Angeles CA 90067 US Ref: Cavt 31.5K Note Dated 02-25-15 Ssn: 0379006 Trn: 4089300069Es | 3,000.00 |

Page 2 of 6