1st Conversion                                                                                              CATV

## 8% Convertible Redeemable Note
## Dated 03-04-2015

### NOTICE OF CONVERSION
**(To be Executed by the Registered Holder in order to Convert the Note)**
Seventy-Four Thousand Seven Hundred Twenty-Five And 00/100-Dollar Conversion
($34,650.00 Principal & $40,075.00 Interest)

The undersigned hereby elects to convert **$21,386.67** of the above note into Shares of Common Stock 4Cable TV International, Inc  **(CATV)** (Company) according to the conditions set forth in such note, as of the date written below.

If Shares are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer and other taxes and charges payable with respect thereto.

Date of Conversion     January 20, 2021

Applicable Conversion Price  **$0.00048 = 155,677,083 Shares**

Signature

**Aryeh Goldstein**

Officer

[Print Name of Holder and Title of Signer]

Address:  **ADAR Bays LLC  3411 Indian Creek Drive Suite403 Miami Beach FL 33140**

SSN or EIN:     46-4954320
Name        **ADAR Bays LLC**

Address:
Tel: _____  Fax: _____
SSN or EIN: _____
Shares are to be sent or delivered to the following account:

**LEK Securities**
**DTC#0512**
**Adar Alef LLC**
**Account Acronym #ADARBAYS**

**Balance of Note $0.00**
**Lowest Trading Price**
**01/05/21 = .0008**