```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    21cv4268 (DLC)
ADAR BAYS, LLC,                           :
                        Plaintiff,        :    ORDER
            -v-                           :
                                          :
4CABLE TV INTERNATIONAL, INC., et al,     :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the plaintiff's September 7 letter, it is hereby

    ORDERED that the initial pretrial conference scheduled for September 10 at 10:30 am shall occur by telephone conference. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:         888-363-4749
        Access code:     4324948

    IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

    IT IS FURTHER ORDERED that, prior to the initial pretrial conference, the plaintiff shall, pursuant to Section 5(B) of the Court's Individual Practices in Civil Cases, file a letter

explaining the basis for its belief that diversity of citizenship exists.

Dated:   New York, New York
         September 8, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge