

Garson, Segal, Steinmetz, Fladgate LLP

October 20, 2021

Hon. Denise L. Cote
Southern District Court of New York
500 Pearl Street
New York, New York 10007

**VIA ECF**

RE: <u>**Adar Bays, LLC v. 4Cable TV International Inc. et al.**</u>
     **Case No.: 21-cv-4268(DLC)**

To the Hon. Denise L. Cote:

This firm represents Adar Bays, LLC, Plaintiff in the above-captioned matter. I write with consent of counsel for Defendants to respectfully request an extension to the current schedule in light of ongoing settlement discussions among the parties.

On September 19, 2021, Your Honor so ordered a proposed schedule submitted by Defendants' counsel and consented to by Plaintiff. The schedule required Defendants' Amended Answer to be filed by October 22, 2021. The Parties have agreed to extend this time by 14 days to November 5, 2021 in order to continue settlement discussions.

This is the second request that the Court so order a proposed schedule for Defendants' Amended Answer, and the first was granted.

Respectfully Submitted,

_____/s/_____
Kevin Kehrli
**Garson, Segal, Steinmetz, Fladgate LLP**
164 West 25th Street, Suite 11R
New York, NY 10001
+1 (212) 380-3623
kk@gs2law.com

*Handwritten annotation:* Granted. There shall be no further extension of this date. The other dates in the scheduling order remain in place.

Denise Cote
10/20/21

1